**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jan E. Kruska, ) | No. CV 08-0054-PHX-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| Perverted Justice Foundation ) | |
| Incorporated.Org, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Currently pending before the Court are Plaintiff's Motion to Proceed In Forma Pauperis (Doc. 3) and Motion to Appoint Counsel (Doc. 4). The appointment of counsel for an indigent plaintiff is a matter of the court's discretion, and the decision will not be overturned absent an abuse of discretion. *See United States ex rel. Gardner v. Madden,* 352 F.2d 792, 793 (9th Cir.1965); Am. Jur. 2d. Fed. Courts § 524. Here, the Court finds that Plaintiff has failed to establish that appointment of counsel is warranted. With regard to Plaintiff's indigent status, the Court finds the following:

I, Honorable Stephen M. McNamee, District Judge of the United States District Court for the District of Arizona, hereby:

__X__ **DENY** the application for leave to proceed in forma pauperis without prepayment of costs or fees or the necessity of giving security therefore. Plaintiff shall have **10 days** from the entry of this Order to pay the filing fee of $350.00. The Clerk of Court is directed to enter dismissal of this action without further notice if Plaintiff fails to pay the filing fee of $350.00 within 10 days of the entry of this Order.

///

///

Accordingly,

**IT IS HEREBY ORDERED DENYING** Plaintiff's Motion to Proceed in forma pauperis (Doc. 3).

**IT IS FURTHER ORDERED DENYING** Plaintiff's Motion to Appoint Counsel (Doc. 4).

DATED this 16th day of January, 2008.

Stephen M. McNamee
United States District Judge

- 2 -