**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jan E. Kruska,,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Perverted Justice Foundation Incorporated.Org, *et al.*,<br><br>　　　　Defendants. | No. CV-08-0054-PHX-SMM<br><br>**ORDER** |

The Court has received and reviewed the Unopposed Motion of Defendants GoDaddy.Com and Bob Parsons for an Extension of Time to Respond to Plaintiff's Complaint (Doc. 11), and with good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Defendants GoDaddy.Com and Bob Parson's Unopposed Motion to Extend the Time to Respond to Plaintiff's Complaint (Doc. 11). Defendants shall file their response to Plaintiff's Complaint no later than **February 26, 2008.**

DATED this 20th day of February, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Stephen M. McNamee
　　　　　　　　　　　　　　　　　　　　　　　　Stephen M. McNamee
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge