**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jan E. Kruska, | No. CV-08-0054-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Perverted Justice Foundation Incorporated.Org, *et al.*, | |
| Defendants. | |

The Court has received and reviewed the Motion of Defendants Perverted Justice Foundation, Inc. and Mr. Xavier Von Erck for an Extension of Time to Respond to Plaintiff's Complaint (Doc. 14), and with good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Defendants Perverted Justice Foundation, Inc. and Mr. Xavier Von Erck's Motion to Extend the Time to Respond to Plaintiff's Complaint (Doc. 14). Defendants shall file their response to Plaintiff's Complaint no later than **Friday, March 21, 2008.**

DATED this 29th day of February, 2008.

Stephen M. McNamee
United States District Judge