**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Jan E. Kruska, | ) | No. CV-08-0054-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| Perverted Justice Foundation Incorporated.Org, *et al.*, | ) | |
| Defendants. | ) | |

Having received Plaintiff's Notice of Voluntary Dismissal of Defendant MySpace (Doc.48), filed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant MySpace is **DISMISSED** from this lawsuit **without prejudice**.

DATED this 29th day of April, 2008.

Stephen M. McNamee
United States District Judge