**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Jan E. Kruska, | ) | No. CV-08-0054-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| Perverted Justice Foundation Incorporated.Org, *et al.*, | ) | |
| Defendants. | ) | |

Pending before the Court is Defendant David M. Butler's Motion for Substitution of Counsel (Doc. 112), requesting that J. Daniel Campbell and Daniel Mayer of the law firm of O'Connor and Campbell are substituted as counsel of record in the place of Robert Christian Billar, of the firm Billar and Donald.

**IT IS HEREBY ORDERED GRANTING** the Motion. Robert Christian Billar of the firm Billar and Donald is hereby **WITHDRAWN** as counsel for David M. Butler, and J. Daniel Campbell and Daniel Mayer of the law firm of O'Connor and Campbell are substituted as counsel of record.

DATED this 17th day of September, 2008.

Stephen M. McNamee
United States District Judge