**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAN E. KRUSKA, | No. CV 08-0054-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| BARBARA W. OCHOA, et. al., | |
| Defendants. | |

Before the Court is Plaintiff's Motion for Attorney Fees and Costs (Doc. 104). In her Motion, Plaintiff requests reimbursement for reasonable attorney fees and costs associated with having to respond to previous and now waived and abandoned motions and defenses by Defendant April Butler. After consideration of the Motion,

**IT IS HEREBY ORDERED DENYING** Plaintiff's Motion for Attorney Fees and Costs (Doc. 104). Plaintiff is reminded that she is the party who initiated the lawsuit, and thus, she must bear the cost of filing and defending motions.

DATED this 16th day of January, 2009.

Stephen M. McNamee
United States District Judge