**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAN E. KRUSKA, ) | No. CV 08-0054-PHX-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| PERVERTED JUSTICE ) | |
| FOUNDATION INCORPORATED, et. ) | |
| al., ) | |
| Defendants. ) | |

Before the Court is Plaintiff's Motion to Recover Expenses (Doc. 107). Plaintiff requests that she receive reimbursement of $285, which represents the costs for filing a response to Defendants April and David Butler's Motion to Summary Judgment. The legal basis for the expenses sought appears to be "Arizona L.R.Civ.P. Rule 9(A)(2)." However, no such local rule exists in the District of Arizona. Plaintiff also references the rule dealing with substitution of counsel, however, such rule does not provide for the recovery of expenses sought by Plaintiff.

Accordingly,

**IT IS HEREBY ORDERED DENYING** Plaintiff's Motion to Recover Expenses (Doc. 107).

DATED this 4th day of February, 2009.

Stephen M. McNamee
United States District Judge