**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAN E. KRUSKA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PERVERTED JUSTICE<br>FOUNDATION INCORPORATED, et. al.,<br><br>　　　　Defendant. | No. CV 08-0054-PHX-SMM<br><br>**ORDER** |

Before the Court is Plaintiff's Judicial Notice/Motion to Compel (Doc. 171). In her Motion to Compel, Plaintiff asks the Court to compel Defendants to submit their Initial Disclosure Statements. Plaintiff indicates that she served her Initial Disclosure Statement to Defendants on July 14, 2009. However, defense counsel has indicated that they are waiting for their respective motions to dismiss to be addressed by the Court before serving their Initial Disclosure Statements. Plaintiff subsequently filed her Notice of Initial Disclosure with the Court (Doc. 173).

The Court will deny Plaintiff's motion at this time. There are two motions to dismiss still pending, one filed by Defendants Perverted Justice Foundation (Doc. 147) and Xavier Von Erck, and another filed by Defendant Christopher Brochious (Doc. 141). Once these motions are resolved by the Court, a Rule 16 Scheduling Conference will be held. In the Court's Order setting the Rule 16 Scheduling Conference, the Court will specify when Initial Disclosure Statements must be filed.

Accordingly,

**IT IS HEREBY ORDERED DENYING** Plaintiff's Judicial Notice/Motion to Compel (Doc. 171).

DATED this 18th day of July, 2009.

Stephen M. McNamee
United States District Judge