**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAN E. KRUSKA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PERVERTED JUSTICE FOUNDATION INCORPORATED, et. al.,<br><br>　　　　Defendant. | No. CV 08-0054-PHX-SMM<br><br>**ORDER** |

On October 9, 2009, Plaintiff filed an "Ex Parte Objection to Proposed Stipulation" (Doc. 205). As the Objection addresses a stipulation that has yet to be filed by Defendants Perverted Justice and Xavier Von Erck, the Court will strike the Objection as moot.

Accordingly,

**IT IS HEREBY ORDERED** striking Plaintiff's Ex Parte Objection to Proposed Stipulation as moot (Doc. 205).

DATED this 13th day of October, 2009.

Stephen M. McNamee
United States District Judge