**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| JAN E. KRUSKA, | ) | No. CV 08-0054-PHX-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| PERVERTED JUSTICE FOUNDATION INCORPORATED, et. al., | ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

Before the Court is Defendants Perverted Justice Foundation, Inc. and Xavier Von Erck's ("Defendants") Ex Parte Motion for Order Continuing Preliminary Pretrial Conference (Doc. 208). On October 2, 2009, the Court scheduled a Rule 16 Preliminary Pretrial Conference for November 9, 2009 at 3 p.m. Defendants request a sixty (60) day continuance of the Preliminary Pretrial Conference to early January 2010. Defendants' lead trial counsel, Matthew Umhofer, is scheduled to serve as trial counsel in a federal criminal case in Santa Ana, California. The trial is set to begin on October 20, 2009 and is expected to last 6-8 weeks. The Court's Order requires lead trial counsel for each party to personally appear at the Preliminary Pretrial Conference, and Mr. Umhofer is the only attorney authorized to enter into any settlement agreements or stipulations on behalf of Perverted Justice and Xavier Von Erck. Defense counsel has notified Plaintiff of the scheduling conflict, and she opposes changing the date of the conference. The other Defendants in this case also were notified, and have no objection.

Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Defendants Perverted Justice Foundation, Inc. and Xavier Von Erck's Ex Parte Motion for Order Continuing Preliminary Pretrial Conference (Doc. 208).

**IT IS FURTHER ORDERED** that the Rule 16 Preliminary Pretrial Conference is rescheduled for January 11, 2010 at 2 p.m.

**IT IS FURTHER ORDERED VACATING** the Rule 16 Preliminary Pretrial Conference scheduled for November 9, 2009, at 3 p.m.

**IT IS FURTHER ORDERED** that all other provisions of the Court's October 2, 2009 Order Setting Rule 16 Conference (Doc. 202) remain in effect.

DATED this 19th day of October, 2009.

_____
Stephen M. McNamee
United States District Judge