**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| JAN E. KRUSKA, | ) | No. CV 08-0054-PHX-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| PERVERTED JUSTICE FOUNDATION INCORPORATED, et. al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

Having received Defendant Filmax's Notice of Settlement (Doc. 215), and good cause appearing,

**IT IS HEREBY ORDERED** that the parties have until **December 14, 2009** to file a stipulation for dismissal of this action signed by all parties to the settlement.

**IT IS FURTHER ORDERED** that in the event that no such stipulation is filed, the Court has scheduled a status conference for **January 4, 2010** at **1:30p.m.** If the stipulation is received by **December 14, 2009,** the status conference will be automatically vacated.

DATED this 13th day of November, 2009.

Stephen M. McNamee
United States District Judge