**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAN E. KRUSKA, | No. CV 08-0054-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| PERVERTED JUSTICE FOUNDATION INCORPORATED, et. al., | |
| Defendants. | |

Pursuant to the parties' Stipulation of Dismissal (Doc. 221) filed with this Court on December 2, 2009,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice against Defendant Filmax, Inc. only, each party to bear its own costs and attorneys' fees.

**IT IS FURTHER ORDERED VACATING** the status conference set for January 4, 2010 at 1:30p.m. The Rule 16 Scheduling Conference set for January 11, 2009 at 2p.m. will still be held for the remaining Defendants in the case, including Perverted Justice Foundation, Xavier Von Erck, Christopher Brocious, and April Butler.

DATED this 4th day of December, 2009.

Stephen M. McNamee
United States District Judge