**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAN E. KRUSKA, | No. CV 08-0054-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| PERVERTED JUSTICE FOUNDATION INCORPORATED, et. al., | |
| Defendants. | |

Having received a Notice of Settlement as to Defendant April Butler (Doc. 232), and good cause appearing,

**IT IS HEREBY ORDERED** that the parties have until **February 8, 2010** to file a stipulation for dismissal of this action signed by all parties to the settlement.

**IT IS FURTHER ORDERED** that in the event that no such stipulation is filed, the Court has scheduled a status conference for **February 22, 2010** at **2:30 p.m**. If the stipulation is received by **February 8, 2010,** the status conference will be automatically vacated.

**IT IS FURTHER ORDERED** that Defendant April Butler and her counsel need not attend the Rule 16 Conference scheduled for January 11, 2010.

DATED this 8th day of January, 2010.

Stephen M. McNamee
United States District Judge