# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Jan E. Kruska, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | ) | |
| v. | ) | CV 08-054-PHX-SMM |
| | ) | |
| Perverted Justice Foundation | ) | |
| Incorporated. Org, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

__   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court.** This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED by way of this Court having granted Defendant's Motion for Summary Judgment this action is dismissed.  Plaintiff shall take nothing.

_ April 5th    2011 _
   Date

RICHARD H. WEARE
District Court Executive/Clerk

 /s/ Kathy Gerchar
(By) Kathy Gerchar,Deputy Clerk

cc: (all counsel)